**APPENDIX A TO CLAIM CONSTRUCTION BRIEF**

The Chart below lists: (1) the disputed claim terms at issue in this case; (2) the previous constructions adopted by the E.D. Tex. and the Patent Trial and Appeal Board of the US Patent and Trademark Office; and (3) each party's competing claim construction positions.

| Ref. | Claim Term | E.D. Tex.'s Construction | PTAB's Construction | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|---|
| 1. | **"file"** (all asserted claims) | n/a | n/a | Any collection of data that is stored and manipulated as a unit. | A collection of data that is stored and manipulated as a named unit by a file-management system. |
| 2. | **"sequencing file"** ('178 patent, claims 1-13)<br><br>**"file of data establishing a sequence"** ('076 patent, all asserted claims)<br><br>**"playback session sequencing file"** ('178 patent, claims 14-21, 28, 29) | A file of data that identifies the order in which audio program segments are to be played and that may contain information about the sequence of events that occur during playback. | A file of data that identifies the order in which audio program segments chosen by or for a user are to be played. | A file of data that identifies the order in which audio program segments chosen by or for a user are to be played. | A file that **is received by the player, stored, and used by the processor to both control playback of each song in the ordered sequence and respond to control commands**. |
| 3. | **"means responsive to said first command for discontinuing the reproduction of the currently playing** | This is a means-plus-function limitation.<br><br>**Definition**: The **function** is "in response to a 'Skip' | Function: in response to a "Skip" command, discontinuing the reproduction/translation of the currently playing program | This term is governed by 35 U.S.C. § 112(6).<br><br>The function is "in response to a 'Skip' | Governed by 35 U.S.C. § 112(6).<br><br>Function<br>In response to a ['Skip'/single |

| | | | | |
|---|---|---|---|---|
| **program segment and instead continuing the reproduction at the beginning of a program segment which follows said currently playing program in said sequence"** ('076 patent, claim 1) | command, discontinuing the reproduction of the currently playing program segment and instead continuing the reproduction at the beginning of a program segment which follows said currently playing program in said sequence."<br><br>The **structure** corresponding to the claimed function is the following structure and equivalents thereof:<br><br>A general purpose computer programmed to perform the algorithm that is illustrated in the flow chart of Figure 3 at items 269 and 235 and more fully described at column 15, lines 21 to 25 and column 34, line 28 to column 35, | segment and instead continuing the reproduction/translation at the beginning of a program segment which follows said currently playing program in said sequence.<br><br>Corresponding structure: A general purpose computer programmed to perform the algorithm that is illustrated in the flow chart of Figure 3 at items 269 and 235 and more fully described at column 15, lines 21 to 25 and column 34, line 28 to column 35, line 48. Specifically, this algorithm includes the following steps:<br><br>(1) scanning forward in the sequencing file to locate the next Selection_Record of | command, discontinuing the reproduction of the currently playing program segment and instead continuing the reproduction at the beginning of a program segment which follows said currently playing program in said sequence."<br><br>The structure corresponding to the claimed function is the following structure and equivalents thereof:<br><br>A general purpose computer programmed to perform the algorithm that is illustrated in the flow chart of Figure 3 at items 269 and 235 and more fully described at column 15, lines 21 to 25 and column 34, line 28 to column 35, | 'Back'/two consecutive 'Back'/'Back'] command[s], discontinuing the [reproduction/translation] of the currently playing program segment and instead continuing the [reproduction/translation] at the beginning of [a program segment which follows said currently playing program in said sequence/said currently playing program/a program segment which precedes the currently playing program segment/the next program segment in said sequence].<br><br><u>Structure</u><br>A general purpose computer programmed to perform the algorithm that is illustrated in the flow chart of |

| | | | | | |
|---|---|---|---|---|---|
| | | line 48. Specifically, this algorithm includes the following steps:<br><br>(1) scanning forward in the sequencing file to locate the next Selection_Record of the appropriate LocType;<br><br>(2) resetting the CurrentPlay variable to the record number of that Selection_Record ; and<br><br>(3) fetching and playing the program segment identified by the ProgramID contained in the new Selection_Record. | the appropriate LocType;<br><br>(2) resetting the CurrentPlay variable to the record number of that Selection_Record; and<br><br>(3) fetching and playing the program segment identified by the ProgramID contained in the new Selection_Record.<br><br>and equivalents thereof. | line 48. Specifically, this algorithm includes the following steps:<br><br>1. scanning forward in the sequence established by the file to locate the next Selection_Record of the appropriate LocType;<br><br>2. resetting the CurrentPlay variable to the record number of that Selection_Record; and<br><br>3. fetching and playing the program segment identified by the ProgramID contained in the new Selection_Record.<br><br>**A LocType is an identifier that indicates a characteristic of a selection record, for example, a playable** | Figure 3 at items 269 and 235 and described at column 15, lines 21 to 25 and column 34, line 28 to column 35, line 48. Specifically, this algorithm includes the following steps:<br><br>(1) scanning forward in the **received sequencing file** to locate the next Selection_Record of the appropriate LocType;<br><br>(2) resetting the CurrentPlay variable to the record number of that Selection_Record; and<br><br>(3) fetching and playing the program segment identified by the ProgramID contained in the new Selection_Record. |

| | | | | **content selection record.** | |
|---|---|---|---|---|---|
| 4. | "**means responsive to a single one of said second commands for discontinuing the reproduction of the currently playing program segment and instead continuing the reproduction at the beginning of said currently playing program**" ('076 patent, claim 2) | This is a means-plus-function limitation.<br><br>**Definition**: The **function** is "in response to a single 'Back' command, discontinuing the reproduction of the currently playing program segment and instead continuing the reproduction at the beginning of said currently playing program."<br><br>The **structure** corresponding to the claimed function is the following structure and equivalents thereof:<br><br>A general purpose computer programmed to perform the algorithm that is illustrated in the flow chart of Figure 3 at items 269 | Function: in response to a single "Back" command, discontinuing the reproduction of the currently playing program segment and instead continuing the reproduction at the beginning of said currently playing program.<br><br>Corresponding structure: A general purpose computer programmed to perform the algorithm that is illustrated in the flow chart of Figure 3 at items 269 and 235 and more fully described at column 15, lines 49 to 59. Specifically, this algorithm includes the following steps:<br><br>(1) if the currently playing program segment has played | This term is governed by 35 U.S.C. § 112(6).<br><br>The function is "in response to a single 'Back' command, discontinuing the reproduction of the currently playing program segment and instead continuing the reproduction at the beginning of said currently playing program."<br><br>The structure corresponding to the claimed function is the following structures and equivalents thereof:<br><br>A general purpose computer programmed to perform the algorithm that is illustrated in the flow chart of Figure 3 at items 269 | Governed by 35 U.S.C. § 112(6).<br><br>Function<br>In response to a ['Skip'/single 'Back'/two consecutive 'Back'/'Back'] command[s], discontinuing the [reproduction/translation] of the currently playing program segment and instead continuing the [reproduction/translation] at the beginning of [a program segment which follows said currently playing program in said sequence/said currently playing program/a program segment which precedes the currently playing program segment/the next program segment in said sequence]. |

| | | | | |
|---|---|---|---|---|
| | | and 235 and more fully described at column 15, lines 49 to 59. Specifically, this algorithm includes the following steps:<br><br>(1) if the currently playing program segment has played for a predetermined amount of time, resetting the playback position to the beginning of the program segment; and<br><br>(2) playing the program segment from its beginning. | for a predetermined amount of time, resetting the playback position to the beginning of the program segment; and<br><br>(2) playing the program segment from its beginning. and equivalents thereof. | and 235 and more fully described at column 15, lines 49 to 59. Specifically, this algorithm includes the following steps:<br><br>1. if the currently playing program segment has played for a predetermined amount of time, resetting the playback position to the beginning of the program segment; and<br><br>2. playing the program segment from its beginning.<br><br>**A LocType is an identifier that indicates a characteristic of a selection record, for example, a playable content selection record.** | Structure<br>A general purpose computer programmed to perform the algorithm that is illustrated in the flow chart of Figure 3 at items 267, 269, and 235 and described at column 15, lines 49 to 59. Specifically, this algorithm includes the following steps:<br><br>(1) if the currently playing program segment has played for a predetermined amount of time **after the start time recorded in a usage log file**, resetting the playback position to the beginning of the program segment; and<br><br>(2) playing the program segment from its beginning. |

| 5. | "**means responsive to the detection of two consecutive ones of said second commands for discontinuing the reproduction of the currently playing program segment and instead continuing the reproduction at the beginning of a program segment which precedes the currently playing program segment**" ('076 patent, claim 3) | This is a means-plus-function limitation.<br><br>**Definition**: The **function** is "in response to two consecutive 'Back' commands, discontinuing the reproduction of the currently playing program segment and instead continuing the reproduction at the beginning of a program segment which precedes the currently playing program segment."<br><br>The **structure** corresponding to the claimed function is the following structure and equivalents thereof:<br><br>A general purpose computer programmed to perform the algorithm that is illustrated in the flow chart of | Function: in response to two consecutive "Back" commands, discontinuing the reproduction of the currently playing program segment and instead continuing the reproduction at the beginning of a program segment which precedes the currently playing program segment.<br><br>Corresponding structure: A general purpose computer programmed to perform the algorithm that is illustrated in the flow chart of Figure 3 at items 269, 235, 261, 262, and 278 and more fully described at column 15, lines 49 to 59 and column 34, line 28 to column 35, line 53. Specifically, this algorithm includes the following steps: | The function is "in response to two consecutive 'Back' commands, discontinuing the reproduction of the currently playing program segment and instead continuing the reproduction at the beginning of a program segment which precedes the currently playing program segment."<br><br>The structure corresponding to the claimed function is the following structures and equivalents thereof:<br><br>A general purpose computer programmed to perform the algorithm that is illustrated in the flow chart of Figure 3 at items 269, 235, 261, 262, and 278 and more fully described at column | Governed by 35 U.S.C. § 112(6).<br><br>Function<br>In response to a ['Skip'/single 'Back'/two consecutive 'Back'/'Back'] command[s], discontinuing the [reproduction/translation] of the currently playing program segment and instead continuing the [reproduction/translation] at the beginning of [a program segment which follows said currently playing program in said sequence/said currently playing program/a program segment which precedes the currently playing program segment/the next program segment in said sequence].<br><br>Structure |

| | | Figure 3 at items 269, 235, 261, 262, and 278 and more fully described at column 15, lines 49 to 59 and column 34, line 28 to column 35, line 53. Specifically, this algorithm includes the following steps:<br><br>(1) in response to a first "Back" command, if the currently playing program segment has played for a predetermined amount of time, resetting the playback position to the beginning of the program segment and playing the program segment from its beginning;<br><br>(2) in response to a second "Back" command, if the currently playing program segment has not yet played for said | (1) in response to a first "Back" command, if the currently playing program segment has played for a predetermined amount of time, resetting the playback position to the beginning of the program segment and playing the program segment from its beginning;<br><br>(2) in response to a second "Back" command, if the currently playing program segment has not yet played for said predetermined amount of time, scanning backward in the sequencing file to locate the previous Selection_Record of the appropriate LocType;<br><br>(3) resetting the CurrentPlay variable | 15, lines 49 to 59 and column 34, line 28 to column 35, line 53. Specifically, this algorithm includes the following steps:<br><br>1. in response to a first 'Back' command, if the currently playing program segment has played for a predetermined amount of time, resetting the playback position to the beginning of the program segment and playing the program segment from its beginning;<br><br>2. in response to a second 'Back' command, if the currently playing program segment has not yet played for said predetermined amount of time, scanning backward in the sequence established by the file | A general purpose computer programmed to perform the algorithm that is illustrated in the flow chart of Figure 3 at items 267, 269, 235, 261, 262, and 278 and described at column 15, lines 49 to 59 and column 34, line 28 to column 35, line 53. Specifically, this algorithm includes the following steps:<br><br>(1) in response to a first "Back" command, if the currently playing program segment has played for a predetermined amount of time **after the start time recorded in a usage log file**, resetting the playback position to the beginning of the program segment, and playing the program |

| | | | | |
|---|---|---|---|---|
| | | predetermined amount of time, scanning backward in the sequencing file to locate the previous Selection_Record of the appropriate LocType;<br><br>(3) resetting the CurrentPlay variable to the record number of that Selection_Record; and<br><br>(4) fetching and playing the program segment identified by the ProgramID contained in the new Selection_Record. | to the record number of that Selection_Record; and<br><br>(4) fetching and playing the program segment identified by the ProgramID contained in the new Selection_Record. and equivalents thereof. | to locate the previous Selection_Record of the appropriate LocType;<br><br>3. resetting the CurrentPlay variable to the record number of that Selection_Record; and<br><br>4. fetching and playing the program segment identified by the ProgramID contained in the new Selection_Record.<br><br>**A LocType is an identifier that indicates a characteristic of a selection record, for example, a playable content selection record.** | segment from its beginning;<br><br>(2) in response to a second "Back" command, if the currently playing program segment **is near its beginning**, scanning backward in the **received** sequencing file to locate the previous Selection_Record of the appropriate LocType;<br><br>(3) resetting the CurrentPlay variable to the record number of that Selection_Record; and<br><br>(4) fetching and playing the program segment identified by the ProgramID contained in the new Selection_Record. |

| 6. | "**means for continuously reproducing said program segments in the order established by said sequence in the absence of a control command**" ('076 patent, claim 1) | This is a means-plus-function limitation. **Definition**: The **function** is "continuously reproducing said program segments in the order established by said sequence in the absence of a control command." The **structure** corresponding to the "continuously reproducing" function is the following structure and equivalents thereof: A sound card that includes a digital to analog converter; headphones or one or more speakers; and a general purpose computer programmed to perform the algorithm that is illustrated in the flow chart of Figure 3 at items 233, 235, 237, 239, and | Function: continuously reproducing said program segments in the order established by said sequence in the absence of a control command. Corresponding structure: A sound card that includes a digital to analog converter; headphones or one or more speakers; and a general purpose computer programmed to perform the algorithm that is illustrated in the flow chart of Figure 3 at items 233, 235, 237, 239, and 261 and more fully described at column 12, line 16 to column 13, line 11 and column 34, line 28 to column 35, line 44. Specifically, this algorithm includes the following steps: | This term is governed by 35 U.S.C. § 112(6). The function is "continuously reproducing said program segments in the order established by said sequence in the absence of a control command." The structure corresponding to the claimed function is the following structures and equivalents thereof: A sound card that includes a digital to analog converter; headphones or one or more speakers; and a general purpose computer programmed to perform the algorithm that is illustrated in the flow chart of Figure 3 at items 233, 235, 237, 239, and | Governed by 35 U.S.C. § 112(6). Function Continuously reproducing said program segments in the order established by said sequence in the absence of a control command. Structure A sound card that includes a digital to analog converter; headphones or one or more speakers; and a general purpose computer programmed to perform the algorithm that is illustrated in the flow chart of Figure 3 at items 233, 235, 237, 239, and 261 and described at column 12, line 16 to column 13, line 11 and column 34, line 28 to column 35, line 44. Specifically, this |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| | | 261 and more fully described at column 12, line 16 to column 13, line 11 and column 34, line 28 to column 35, line 44. Specifically, this algorithm includes the following steps:<br><br>(1) beginning playback with the program segment identified by the ProgramID contained in the Selection_Record specified by the CurrentPlay variable;<br><br>(2) when the currently playing program segment concludes, incrementing the CurrentPlay variable by one and fetching and playing the program segment identified by the ProgramID contained in the next Selection_Record in the sequencing file; | (1) beginning playback with the program segment identified by the ProgramID contained in the Selection_Record specified by the CurrentPlay variable;<br><br>(2) when the currently playing program segment concludes, incrementing the CurrentPlay variable by one and fetching and playing the program segment identified by the ProgramID contained in the next Selection_Record in the sequencing file;<br><br>(3) repeating step (2) until the last Selection_Record in the sequencing file is reached, which resets the CurrentPlay variable to "1" to begin the playing | 261 and more fully described at column 12, line 16 to column 13, line 11 and column 34, line 28 to column 35, line 44. Specifically, this algorithm includes the following steps:<br><br>1. beginning playback with the program segment identified by the ProgramID contained in the Selection_Record specified by the CurrentPlay variable;<br><br>2. when the currently playing program segment concludes, incrementing the CurrentPlay variable by one and fetching and playing the program segment identified by the ProgramID contained in the next Selection_Record in the sequencing file; | algorithm includes the following steps:<br><br>(1) beginning playback with the program segment identified by the ProgramID contained in the Selection_Record specified by the CurrentPlay variable;<br><br>(2) when the currently playing program segment concludes,<br><br>**(a) if the concluded segment is a topic or subject announcement, incrementing the CurrentPlay variable by one and fetching and playing the program segment identified by the ProgramID contained in the next Selection_Record in** |

| | | (3) repeating step (2) until the last Selection_Record in the sequencing file is reached, which resets the CurrentPlay variable to "1" to begin the playing sequence again with the first Selection_Record in the sequencing file. | sequence again with the first Selection_Record in the sequencing file. and equivalents thereof. | 3. repeating step (2) **until a command is issued or that the sequence is completed**. | **the received sequencing file, and** **(b) if the concluded segment is a program segment,** **(i) scanning forward in the received sequencing file to locate the next Selection_Record containing the appropriate LocType;** **(ii) resetting the CurrentPlay variable to the record number of that Selection_Record; and** **(iii) fetching and playing the program segment identified by the ProgramID contained in the new Selection_Record**; (3) repeating step (2) **until a rewind Selection_Record** |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | **(LocType: R) in the received sequencing file is reached, which resets the CurrentPlay variable to the location value contained in the rewind Selection_Record which is set to "1" to begin the playing sequence again with the first Selection_Record in the received sequencing file**. |
| 7. | "**editing means for modifying said data establishing said sequence**" ('076 patent, claim 5) | n/a | Function: modifying said data establishing said sequence.<br><br>Corresponding structure: A player client programmed to:<br><br>1. Add a program segment; and/or<br><br>2. Delete a program segment; and/or<br><br>3. Assign a new or different order to a | The function is "modifying said data establishing said sequence."<br><br>The structure corresponding to the claimed function is the following structures and equivalents thereof: A player client programmed to:<br><br>1. Add a program segment; and/or | Governed by 35 U.S.C. § 112(6); Indefinite.<br><br>Function<br>Modifying said data establishing said sequence.<br><br>Structure<br>No disclosure of corresponding structure in the patent specification. |

| | | | given program segment; and update the order for the program segments in the serialized sequence. | 2. Delete a program segment; and/or<br><br>3. Assign a new or different order to a given program segment; and update the order for the program segments in the serialized sequence.<br><br><u>Alternatively</u>, the structure corresponding to the claimed function is the following structures and equivalents thereof: A player client programmed to:<br><br>1. Access selections file 351; and<br><br>2. Alter identifiers of program segments within the selections file, including the following operations: | |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| | | | | a. Add a program segment; and/or<br><br>b. Delete a program segment; and/or<br><br>c. Assign a new or different order to a given program segment; and update the order for the program segments in the serialized sequence. | |
| 8. | **"means for translating said voice signals into said voice control commands"** ('076 patent, claim 13) | n/a | n/a | The structure corresponding to the claimed function is the following structure and equivalents thereof:<br><br>A microphone and voice recognition software | Governed by 35 U.S.C. § 112(6); Indefinite.<br><br><u>Function</u><br>Translating said voice signals into said control commands.<br><br><u>Structure</u><br>No disclosure of corresponding structure in the patent specification. |
| 9. | **"communications port for establishing a data communications link for downloading a** | **Communications port:**<br><br>"a port for establishing a | n/a | **Communication Port**<br><br>"a port for establishing a | **"communications port":**<br><br>A port for establishing a |

| | | | | |
|---|---|---|---|---|
| **plurality of separate digital compressed audio program files and a separate sequencing file from one or more server computers**" ('178 patent, claim 1)<br><br>"**a communications port for downloading at least some of said audio program files and said playback session sequencing file from said one or more server computers**" ('178 patent, claim 14) | connection between the player and a network."<br><br>**Downloading:**<br><br>"transferring a plurality of separate digital compressed audio program files and a separate sequencing file from the memory of one or more separate computers to the memory of the player upon a request by the player."<br><br>"transferring at least some of said audio program files and said playback session sequencing file from the memory of one or more separate computers to the memory of the player upon a request by the player." | | connection between a player and a network"<br><br>**Downloading**<br><br>"transferring a file from a remote computer to the requesting computer by means of a modem or network"<br><br>"transferring a plurality of separate digital compressed audio program files and a separate sequencing file one or more remote server computers via a modem or network to the player upon a request by the player." | connection between the player and a network.<br><br>"**downloading**":<br><br>'178 patent claims 1-13<br><br>Transferring digital compressed audio program files and a separate sequencing file from one or more separate computers to the player over a network upon a request by the player identifying said digital compressed audio program files and said separate sequencing file.<br><br>'178 patent claims 14-21, 28, 29<br><br>Transferring at least some of said audio program files and said playback session sequencing file from one or more separate |

| | | | | | computers to the player over a network upon a request by the player identifying said digital compressed audio program files and said playback session sequencing file. |
|---|---|---|---|---|---|
| 10. | "**a processor … for discontinuing the reproduction of the currently playing audio program file and instead continuing the reproduction at the beginning of a listener selected one of said audio program files in said collection in response to a program selection command from said listener**" ('178 patent, claim 1) | This is a means-plus-function limitation.<br><br>**Definition**: The **function** is "in response to a 'Go' command, discontinuing the reproduction of the currently playing audio program file and instead continuing the reproduction at the beginning of a listener-selected one of said audio program files in said collection."<br><br>The **structure** corresponding to the claimed function is | Function: in response to a "Go" command, discontinuing the reproduction of the currently playing audio program file and instead continuing the reproduction at the beginning of a listener-selected one of said audio program files in said collection.<br><br>Corresponding Structure: A general purpose computer programmed to perform the algorithm that is illustrated in the flow chart of Figure 3 at items 269 | This term is governed by 35 U.S.C. § 112(6).<br><br>The function is "in response to a 'Go' command, discontinuing the reproduction of the currently playing audio program file and instead continuing the reproduction at the beginning of a listener-selected one of said audio program files in said collection."<br><br>The structure corresponding to the claimed function can | Governed by 35 U.S.C. § 112(6).<br><br>Function<br>In response to a 'Go' command, discontinuing the reproduction of the currently playing audio program file and instead continuing the reproduction at the beginning of a listener-selected one of said audio program files in said collection.<br><br>Structure<br>A general purpose computer programmed to |

| | | | | |
|---|---|---|---|---|
| | | the following structure and equivalents thereof:<br><br>A general purpose computer programmed to perform the algorithm that is illustrated in the flow chart of Figure 3 at items 269 and 235 and more fully described at column 14, lines 25 to 26; column 14, lines 35 to 39; and column 34, line 19 to column 35, line 52. Specifically, this algorithm includes the following steps:<br><br>(1) resetting the CurrentPlay variable to the record number of the listener-selected Selection_Record; and<br><br>(2) fetching and playing the audio program file | and 235 and more fully described at column 14, lines 25 to 26; column 14, lines 35 to 39; and column 34, line 19 to column 35, line 52. Specifically, this algorithm includes the following steps:<br><br>(1) resetting the CurrentPlay variable to the record number of the listener-selected Selection_Record; and<br><br>(2) fetching and playing the audio program file identified by the ProgramID contained in the new Selection_Record. | be the following structures and equivalents thereof:<br><br>A general purpose computer programmed to perform the algorithm that is illustrated in the flow chart of Figure 3 at items 269, 235, 265, and 267 and more fully described at column 14, lines 25 to 29; column 14, lines 35 to 39; column 33, line 3 to line 8; and 34, line 19 to column 35, line 52. Specifically, this algorithm includes the following steps:<br><br>1. resetting the CurrentPlay variable to the record number of the listener-selected Selection_Record; and<br><br>2. fetching and playing the audio | perform the algorithm in the flow chart of Figure 3 at items 269, 235 and described at column 14, lines 25 to 26; column 14, lines 35 to 39; column 33, line 11 to line 16; column 34, line 19 to column 35, line 52; and column 35, line 54 to column 36, line 9. Specifically, the algorithm includes the following steps:<br><br>**(1) identifying the listener-selected Selection_Record identified by the offset within the "L" Selection_Record of the hyperlink passage in the received sequencing file;**<br><br>(2) resetting the CurrentPlay variable to the record number of the listener-selected |

|  |  | identified by the ProgramID contained in the new Selection_Record. |  | program file identified by the ProgramID contained in the new Selection_Record. | Selection_Record; and<br><br>(3) fetching and playing the audio program file identified by the ProgramID contained in the new Selection_Record. |
|---|---|---|---|---|---|
| 11. | "**means for detecting a first command indicative of a request to skip forward**" ('076 patent, claim 1) | This is a means-plus-function limitation.<br><br>**Definition**: The **function** is "detecting a first command indicative of a request to skip forward."<br><br>The **structure** corresponding to the "detecting" function is the following structure and equivalents thereof:<br><br>A general purpose computer programmed to perform the algorithm that is illustrated in the flow chart of | Function: detecting a first command indicative of a request to skip forward.<br><br>Corresponding Structure: A general purpose computer programmed to perform the algorithm that is illustrated in the flow chart of Figure 3 at items 261, 262, and 275. Specifically, this algorithm includes the following steps:<br><br>(1) determining whether input from the means for accepting control | This term is governed by 35 U.S.C. § 112(6).<br><br>The function is "detecting a first command indicative of a request to skip forward."<br><br>The structure corresponding to the claimed function is the following structures and equivalents thereof:<br><br>A general purpose computer programmed to perform the algorithm that is illustrated in | Governed by 35 U.S.C. § 112(6).<br><br>Function<br>Detecting a first command indicative of a request to skip forward.<br><br>Structure<br>A general purpose computer programmed to perform the algorithm that is illustrated in the flow chart of Figure 3 at items 261, 262, 275. Specifically, this algorithm includes the following steps: |

| | | Figure 3 at items 261, 262, and 275. Specifically, this algorithm includes the following steps:<br><br>(1) determining whether input from the means for accepting control commands is a command using an "if-then-else" programming construct; and<br><br>(2) if the input is a command, using a "branch" programming construct to select one of the player's available commands, which include a "Skip" command, for execution. | commands is a command using a conditional programming construct; and<br><br>(2) if the input is a command, using a "branch" programming construct to select one of the player's available commands, which include a "Skip" command, for execution.<br>and equivalents thereof. | the flow chart of Figure 3 at items 261, 262, and 275. Specifically, this algorithm includes the following steps:<br><br>1. determining whether input from the means for accepting control commands is a command using a **conditional** programming construct; and<br><br>2. if the input is a command, using a "branch" programming construct to select one of the player's available commands, which include a "Skip" command, for execution. | (1) determining whether input from the means for accepting control commands is a command using a "if-then-else" programming construct; and<br><br>(2) if the input is a command, using a "branch" programming construct to select one of the player's available commands, which include a "Skip" command, for execution. |
|---|---|---|---|---|---|
| 12. | "**[audio program] player**" (all asserted claims) | A device that reproduces sound from digital audio content. | n/a | A device **or program** that reproduces sound including from digital audio content. | Plain and ordinary meaning. |
| 13. | "**[selected] audio program segments**" | Audio program segments that have | Audio program segments that have | Audio program segments that have | Plain and ordinary meaning. |

| (all asserted claims) | been chosen by or for a user. | been chosen by or for a user. | been chosen by or for a user.<br><br>Preamble is limiting. | Preamble is not limiting. |
|---|---|---|---|---|