IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERSONAL AUDIO, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 17-1751 (VAC) (CJB) |
| | ) |
| GOOGLE LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) *Google's Disclosure of Sales Figures* and (2) *Notice of Subpoena (directed to Microsoft)* were caused to be served on May 31, 2018 upon the following in the manner indicated:

Brian E. Farnan, Esquire, Esquire          VIA ELECTRONIC MAIL
Michael J. Farnan, Esquire
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Plaintiff*

Victor G. Hardy, Esquire          VIA ELECTRONIC MAIL
William Parrish, Esquire
Minghui Yang, Esquire
HARDY, PARISH, YANG, LLP
Spicewood Business Center
4412 Spicewood Springs Road, Suite 202
Austin, TX  78759
*Attorneys for Plaintiff*

Douglas Q. Hahn, Esquire          VIA ELECTRONIC MAIL
Salil Bali, Esquire
STRADLING YOCCA CARLSON & RAUTH, P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA  92660
*Attorneys for Plaintiff*

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Brian P. Egan* |
|  | _____ |
|  | Jack B. Blumenfeld (#1014) |
|  | Brian P. Egan (#6227) |
|  | 1201 North Market Street |
|  | P.O. Box 1347 |
|  | Wilmington, DE  19899 |
|  | (302) 658-9200 |
|  | jblumenfeld@mnat.com |
|  | began@mnat.com |
| OF COUNSEL: | *Attorneys for Defendant* |
| Jeannine Yoo Sano | |
| WHITE & CASE LLP | |
| 3000 El Camino Real | |
| Two Palo Alto Square | |
| Suite 900 | |
| Palo Alto, CA  94306-2109 | |
| (650) 213-0356 | |
| May 31, 2018 | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 31, 2018, upon the following at the email addresses indicated below:

| | |
|---|---|
| Brian E. Farnan, Esquire, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Victor G. Hardy, Esquire<br>William Parrish, Esquire<br>Minghui Yang, Esquire<br>Henning Schmidt, Esquire<br>Floyd Walker, Esquire<br>HARDY, PARISH, YANG, LLP<br>Spicewood Business Center<br>4412 Spicewood Springs Road, Suite 202<br>Austin, TX  78759<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Douglas Q. Hahn, Esquire<br>Salil Bali, Esquire<br>STRADLING YOCCA CARLSON & RAUTH, P.C.<br>660 Newport Center Drive, Suite 1600<br>Newport Beach, CA  92660<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Brian P. Egan*

Brian P. Egan (#6227)