

July 2, 2018

<u>Via E-Filing</u>
The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street
Room 2325, Unit 28
Wilmington, DE 19801-3555

      **RE:   Personal Audio, LLC v. Google, Inc. (C.A. No. 17-cv-1751-VAC-CJB)**

Dear Judge Burke,

      Plaintiff withdraws its June 27, 2018 discovery letter and respectfully requests that the Court cancel the hearing set for July 3, 2018 at 2:00 p.m.

      We are available at the Court's convenience should Your Honor have any questions.

      Respectfully submitted,

      /s/ Brian E. Farnan

      Brian E. Farnan

cc: Counsel of Record (via E-Filing)

919 N. MARKET STREET, 12TH FLOOR, WILMINGTON, DE 19801
PHONE: (302) 777–0300 · FAX: (302) 777–0301 · WWW.FARNANLAW.COM