

August 2, 2018

<u>Via Hand Delivery and E-Filing</u>
The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street
Room 2325, Unit 28
Wilmington, DE 19801-3555

      RE:    **Personal Audio, LLC v. Google, Inc. (C.A. No. 17-cv-1751-VAC-CJB)**

Dear Judge Burke,

    Enclosed pleased find Plaintiff's updated slide deck which includes two slides not in the slide deck provided to Your Honor during the hearing: (1) the unnumbered slide between slides 87 and 88; and (2) the unnumbered slide between slides 107 and 108.

    We are available at the Court's convenience should Your Honor have any questions.

                              Respectfully submitted,

                              /s/ Brian E. Farnan

                              Brian E. Farnan

cc: Counsel of Record (via E-Filing)