# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERSONAL AUDIO, LLC<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC.<br><br>Defendant. | Civil Action No. 17-1751-CFC-CJB |

## ORDER

At Wilmington this 6th day of January in 2020:

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that:

1. Google's objections to the January Report and Recommendation (D.I. 350) are **OVERRULED-IN-PART and SUSTAINED-IN-PART.**

2. The January Report and Recommendation (D.I. 331) is **ADOPTED-IN-PART and REJECTED-IN-PART.**

3. PA's objections to the March Report and Recommendation (D.I. 380) are **OVERRULED.**

4. The March Report and Recommendation (D.I. 372) is **ADOPTED**.

5. Google's objections to the June Report and Recommendation (D.I. 409) are **OVERRULED**.

6. The June Report and Recommendation (D.I. 406) is **ADOPTED**.

_____
UNITED STATES DISTRICT JUDGE