IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERSONAL AUDIO, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 17-cv-1751-CFC-CJB<br><br>JURY TRIAL DEMANDED |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Delaware Local Rule 83.7, the appearances of William M. Parrish, Minghui Yang, Henning Schmidt, and R. Floyd Walker of Hardy Parrish Yang, LLP as counsel for Plaintiff Personal Audio, LLC is hereby withdrawn.  Victor Hardy, Stradling Yocca Carlson & Rauth, P.C., and Farnan LLP will continue to represent Plaintiff Personal Audio, LLC.

Dated:  January 29, 2020

Of Counsel:

Douglas Q. Hahn
Salil Bali
**STRADLING YOCCA CARLSON & RAUTH, P.C.**
660 Newport Center Drive, Suite 1600
Newport Beach, CA  92660
Phone:  949-725-4138
Fax:  949-725-4100
dhahn@sycr.com
sbali@sycr.com

Respectfully submitted,

**FARNAN LLP**

/s/ Brian E. Farnan
Brian E. Farnan (No. 4089)
Michael J. Farnan (No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
Phone:  302-777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Victor G. Hardy (Admitted *pro hac vice*)
**HARDY PARRISH YANG, LLP**
Spicewood Business Center
4412 Spicewood Springs Rd., Suite 202
Austin, Texas 78759
Phone: (512)520-9407
vhardy@hpylegal.com

bparrish@hpylegal.com

***Attorneys for Plaintiff Personal Audio, LLC***