# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERSONAL AUDIO, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>GOOGLE LLC,<br><br>   Defendant. | Civil Action No. 17-cv-1751-CFC-CJB<br><br><br><br>JURY TRIAL DEMANDED |

## PLAINTIFF PERSONAL AUDIO, LLC'S MOTION TO STRIKE PORTIONS OF THE REPLY EXPERT REPORT OF DR. SCHUYLER QUACKENBUSH

Plaintiff Personal Audio, LLC ("PA") respectfully moves this Court for an order striking Paragraph strike ¶ 47 and Exs. B-L of the Reply Expert Report of Schuyler Quackenbush. The grounds for this motion are set forth in the letter filed contemporaneously herewith.

In accordance with D. Del. LR 7.1.1, PA's counsel made reasonable efforts to reach agreement with Google's counsel on this motion, but Defendant Google is opposed to the relief requested herein.

| | |
|---|---|
| Dated:  September 22, 2020 | Respectfully Submitted,<br><br>**FARNAN LLP**<br><br>/s/<u>Rosemary J. Piergiovanni</u><br>Brian E. Farnan (No. 4089)<br>Michael J. Farnan (No. 5165)<br>Rosemary J. Piergiovanni (No. 3655)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>Phone:  302-777-0300<br>Email:  bfarnan@farnanlaw.com<br>Email:  mfarnan@farnanlaw.com |

1

Email:  rpiergiovanni@farnanlaw.com

Douglas Q. Hahn (Admitted *pro hac vice*)
Salil Bali (Admitted *pro hac vice*)
**STRADLING YOCCA CARLSON & RAUTH, P.C.**
660 Newport Center Drive, Suite 1600
Newport Beach, CA  92660
Phone:  949-725-4138
Fax:  949-725-4100
Email:  dhahn@sycr.com
Email:  sbali@sycr.com


Victor G. Hardy (Admitted *pro hac vice*)William M. Parrish (Admitted *pro hac vice*)
Minghui Yang (Admitted *pro hac vice*)
Henning Schmidt (Admitted *pro hac vice*)R. Floyd Walker (Admitted *pro hac vice*)
**HARDY PARRISH YANG, LLP**
Spicewood Business Center
4412 Spicewood Springs Rd., Suite 202
Austin, Texas 78759
Phone: (512)520-9407
Email:  vhardy@hpylegal.com
Email:  bparrish@hpylegal.com
Email:  myang@hpylegal.com
Email:  hschmidt@hpylegal.com
Email:  fwalker@hpylegal.com


*Attorneys for Plaintiff, Personal Audio, LLC*