# EXHIBIT 1

# REDACTED

# EXHIBIT 2

**REDACTED**

# EXHIBIT 3

**REDACTED**

# EXHIBIT 4

# REDACTED

# EXHIBIT 5

**REDACTED**

# EXHIBIT 6

# REDACTED