IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERSONAL AUDIO, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 17-1751-CFC/CJB ) |
| GOOGLE LLC, | ) ) ) |
| Defendant. | ) |

## ORDER

At Wilmington this 21st day of January 2022, having considered the Report and Recommendation by United States Magistrate Judge Christopher J. Burke on January 6, 2022, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Burke's Report and Recommendation (D.I. 705) is adopted.

2. Defendant's motion for summary judgment of invalidity of claims 2 and 3 of the '076 paten (D.I. 564) is denied.

_____
Chief Judge