IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERSONAL AUDIO, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 17-1751-CFC/CJB |
| | ) |
| GOOGLE LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Defendant has filed objections (D.I. 695) to the Magistrate Judge's Order

(D.I. 686) issued on October 25, 2021.  The Magistrate Judge denied in the Order

Defendant's motion to exclude certain opinions of Plaintiff's expert Robert

Heiblim.

In making its objections, Defendant failed to provide the Court with copies

of the filings associated with the matter to which the Order relates and thus failed

to comply with this Court's Standing Order issued on November 16, 2009.

Now therefore, at Wilmington on this Twenty-first day of January in 2022,

Defendant's objections are OVERRULED.

_____
Chief Judge