IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERSONAL AUDIO, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 17-1751-CFC/CJB |
| | ) |
| GOOGLE LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

At Wilmington this 1st day of February 2022, having considered the Report and Recommendation by United States Magistrate Judge Christopher J. Burke on January 14, 2022, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Burke's Report and Recommendation (D.I. 710) is adopted.

2. Defendant's motion for summary judgment of non-infringement as to the "means of continuously reproducing said program segments in the order

established by said sequence in the absence of a control command" limitation (D.I. 561) is denied.

                                                      _____
                                                            Chief Judge