IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERSONAL AUDIO, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 17-1751-CFC/CJB |
| | ) |
| GOOGLE LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before me are Personal Audio's objections (D.I. 740) to the Magistrate Judge's Report and Recommendation issued on January 24, 2022 (D.I. 721). The Magistrate Judge recommended in his Report and Recommendation that I deny Personal Audio's motion for summary judgment on Defendant's invalidity defense under 35 U.S.C. § 103 (D.I. 548). I have reviewed the Report and Recommendation, the objections, Google's response to the objections, and the briefing the parties submitted to the Magistrate Judge in connection with the motion.

The Magistrate Judge had the authority to make his findings and recommendation under 28 U.S.C. § 636(b)(1)(B). I review his findings and recommendations de novo. § 636(b)(1); see also Fed. R. Civ. P. 72(b)(3); *Brown v. Astrue*, 649 F.3d 193, 195 (3d Cir. 2011).

I agree with the Magistrate Judge's analysis and conclusions and will therefore adopt the Report and Recommendation and overrule Personal Audio's objections.

NOW THEREFORE, on this 28th day of February in 2022, IT IS HEREBY ORDERED that:

1. Plaintiff's Objections to the Magistrate Judge's Report and Recommendation (D.I. 740) are OVERRULED;

2. The Report and Recommendation (D.I. 721) is ADOPTED;

3. Defendant's Motion for Summary Judgment on Defendant's Invalidity Defense under 35 U.S.C. § 103 is DENIED.

_____
CHIEF JUDGE