# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERSONAL AUDIO, LLC, | |
| Plaintiff, | C.A. No. 17-cv-1751-CFC |
| v. | JURY TRIAL DEMANDED |
| GOOGLE LLC, | **FILED UNDER SEAL** |
| Defendant. | |

**PLAINTIFF PERSONAL AUDIO, LLC'S DISCLOSURE PURSUANT TO STANDING ORDER RE: THIRD-PARTY LITIGATION FUNDING ARRANGEMENTS**

Plaintiff Personal Audio, LLC makes the follow disclosure pursuant to the Standing Order Regarding Third-Party Litigation Funding Arrangements:

1. Identity, address, and place of formation of third party litigation funder:

    ███████████████████████████████████████

    ███████████████████████████████████

2. Whether any Third-Party Funder's approval is necessary for litigation or settlement decisions in the action: No.

3. A brief description of the nature of the financial interest of the Third-Party Funder(s): Third-Party Funder has a non-recourse interest to recover amounts deployed for litigation costs and expenses against proceeds Plaintiff receives from this case.

1

Dated:  June 2, 2022

Respectfully submitted

**FARNAN LLP**

*/s/Rosemary J. Piergiovanni*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
Rosemary J. Piergiovanni (Bar No. 3655)
919 North Market Street, 12th Floor
Wilmington, DE 19801
Phone:  302-777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com
rpiergiovanni@farnanlaw.com

**Victor G. Hardy**
Admitted *pro hac vice*
Email:  vhardy@hpylegal.com
10703 Pickfair Drive
Austin, Texas 78750
Phone:  512-520-9407

**Douglas Q. Hahn**
Admitted *pro hac vice*
**Salil Bali**
Admitted *pro hac vice*
**STRADLING YOCCA CARLSON & RAUTH, P.C.**
660 Newport Center Drive, Suite 1600
Newport Beach, CA  92660
Phone:  949-725-4138
Fax:  949-725-4100dhahn@sycr.com
sbali@sycr.com

*Attorneys for Plaintiff, Personal Audio, LLC*

2