# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERSONAL AUDIO, LLC, | |
| Plaintiff, | |
| v. | C.A. No. 17-cv-1751-CFC |
| GOOGLE LLC, | JURY TRIAL DEMANDED |
| Defendant. | |

**PLAINTIFF PERSONAL AUDIO, LLC'S SUPPLEMENTAL DISCLOSURE PURSUANT TO STANDING ORDER RE: THIRD-PARTY LITIGATION FUNDING ARRANGEMENTS**

Plaintiff Personal Audio, LLC makes the follow disclosure pursuant to the Standing Order Regarding Third-Party Litigation Funding Arrangements:

1. Identity, address, and place of formation of third-party litigation funder: Medigo Associates, LLC, a New Jersey limited liability company, 33 Whitehall Street, 16th Floor, New York, New York 10004. Medigo Associates, LLC, a New Jersey limited liability company, with a principal address at 33 Whitehall Street, 16th Floor, New York, New York 10004. Medigo Associates, LLC is managed, directed and controlled by LexShares, Inc., through its investment fund, the LexShares Marketplace Fund I LLC.

1

LexShares, Inc. is a technology platform that enables investments in legal claims. Its principal place of business is 33 Whitehall Street, 16th Floor, New York, New York 10004.

2. Whether any Third-Party Funder's approval is necessary for litigation or settlement decisions in the action: No.

3. A brief description of the nature of the financial interest of the Third-Party Funder(s): Due to the unusual length of this case, Personal Audio LLC sought funding to cover litigation expenses. On January 23, 2019, Third-Party Funder purchased an interest to receive the greater of 2.5 times the purchase price or 20% of Personal Audio, LLC's gross recovery in this case. In the event that Personal Audio does not prevail, Third-Party Funder will receive nothing. In exchange, Personal Audio received funds to be deployed for litigation costs and expenses. The funds may be used to "reimburse 100% of the reasonable out-of-pocket expenses actually incurred by the Attorney of Record," including expert fees, deposition costs and travel expenses. The funds have not been used to pay lead counsel's nor local counsel's attorney's fees.

Dated:  June 17, 2022

Respectfully submitted,

**FARNAN LLP**

*/s/* Rosemary J. Piergiovanni
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
Rosemary Jean Piergiovanni (Bar No. 3655)
919 North Market Street, 12th Floor
Wilmington, DE 19801
Phone:  302-777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com
rpiergiovanni@farnanlaw.com

**Victor G. Hardy**
Admitted *pro hac vice*
Email:  vhardy@hpylegal.com
10703 Pickfair Drive
Austin, Texas 78750
Phone:  512-520-9407

**Douglas Q. Hahn**
Admitted *pro hac vice*
**Salil Bali**
Admitted *pro hac vice*
**STRADLING YOCCA CARLSON & RAUTH, P.C.**
660 Newport Center Drive, Suite 1600
Newport Beach, CA  92660
Phone:  949-725-4138
Fax:  949-725-4100dhahn@sycr.com
sbali@sycr.com

*Attorneys for Plaintiff, Personal Audio, LLC*

3