IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

PERSONAL AUDIO, LLC,

                           Plaintiff,

           v.                           Civil Action No. 17-1751-CFC-CJB

GOOGLE LLC,

                         Defendant.

---

## MEMORANDUM ORDER

Pending before me is Personal Audio's objection (D.I. 697) to the Magistrate Judge's Memorandum Order (D.I. 688) denying Personal Audio's "Motion for Adverse Inference" (D.I. 543).

Local Rule 72.1(b) provides that "[o]bjections to an order, decision or recommendation disposition made by a Magistrate Judge pursuant to Fed. R. Civ. P. 72 shall identify the appropriate standard of review." D. Del. LR 72.1(b). Because Personal Audio does not identify in its objection the appropriate standard of review, I will overrule the objection. (Saying that the Magistrate Judge's ruling was "clearly erroneous," D.I. 697 at 5, 8, 10, does not identify the appropriate standard of review.)

I will add that had I addressed the arguments set forth in Personal Audio's objection, I would have rejected them for the reasons stated in the Magistrate Judge's thoughtful Memorandum Order.

NOW THEREFORE, at Wilmington on this Fourth day of April in 2023, Personal Audio's "Objection to Magistrate Judge's Order Re Motion for Adverse Inference" (D.I. 697) is OVERRULED.

_____
CHIEF JUDGE