IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERSONAL AUDIO, LLC, | |
| Plaintiff, | |
| v. | Civil Action No. 17-1751-CFC-CJB |
| GOOGLE LLC, | |
| Defendant. | |

## MEMORANDUM ORDER

Pending before me are Google's objections (D.I. 741) to the Magistrate Judge's Memorandum Order denying Google's *Daubert* motion to exclude certain expert testimony about an asserted "sequencing file" patent claim limitation (D.I. 720).

Local Rule 72.1(b) provides that "[o]bjections to an order, decision or recommendation disposition made by a Magistrate Judge pursuant to Fed. R. Civ. P. 72 shall identify the appropriate standard of review." D. Del. LR 72.1(b). Google does not identify in its objections *any* legal standard or authority, let alone identify the appropriate standard of review. (Saying that the "Order is clearly erroneous," D.I. 741 at 1, does not identify the appropriate standard of review.)

NOW THEREFORE, at Wilmington on this Fourth day of April in 2023, Google's "Objections to the Magistrate Judge's Memorandum Order Regarding Motion to Preclude Expert Testimony as to 'Sequencing File' Limitation (D.I. 720)," D.I. 741, are **DENIED**.

CHIEF JUDGE