# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

PERSONAL AUDIO, LLC,

    Plaintiff,

    v.

GOOGLE LLC,

    Defendant.

C.A. No. 17-1751-CFC-CJB

JURY TRIAL DEMANDED

**EXHIBIT 1: JOINT STATEMENT OF UNCONTESTED FACTS**

The following facts are not disputed and/or have been stipulated to by the Parties, and thus require no proof at trial. Either party may read any or all of these uncontested facts into the record at trial and will be charged for the time used to do so.

## I.     THE PARTIES

1.     Plaintiff Personal Audio LLC is a limited liability company organized and existing under the laws of the State of Texas and having a principal place of business at 550 Fannin Street, Suite 1313, Beaumont, TX 77701.

2.     Defendant Google LLC is a corporation organized and existing under the laws of the State of Delaware and having a principal place of business at 1600 Amphitheatre Parkway, Mountain View, CA 94043.

## II.     THE PATENTS-IN-SUIT

3.     U.S. Patent No. 6,199,076 (the "'076 Patent") is titled "Audio program player including a dynamic program selection controller," issued on March 6, 2001, and names James Logan, Daniel F. Goessling, and Charles G. Call as inventors.

4.     The priority date of the '076 Patent is October 2, 1996.

5.     U.S. Patent No. 7,509,178 (the "'178 Patent") is titled "Audio program distribution and playback system," issued on March 24, 2009, and names James Logan, Daniel F. Goessling, and Charles G. Call as inventors.

6.     The priority date of the '178 Patent is October 2, 1996.

1