# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PERSONAL AUDIO, LLC, | |
| Plaintiff, | |
| v. | Civil Action No. 1:17-cv-1751-CFC-CJB |
| GOOGLE LLC, | JURY TRIAL DEMANDED |
| Defendant. | |

## EXHIBIT 2: PERSONAL AUDIO, LLC'S STATEMENT OF ISSUES OF FACT TO BE LITIGATED AT TRIAL

4884-0490-0185v2/103069-0002

## I.    ISSUES ON WHICH PLAINTIFF BEARS THE BURDEN OF PROOF

### A.    Infringement of the Asserted Patents

1.    Whether Defendant Google has infringed one or more of Claims 3, 6, and 13 of U.S. Patent No. 6,199,076 ("the '076 Patent") (collectively, "the asserted claims of the '076 Patent") under 35 U.S.C. § 271(a) by making, using, offering to sell, or selling part or all of its Pixel C within the United States.

2.    Whether manufacturers, sellers and consumers of Android devices directly infringed under 35 U.S.C. § 271(a) one or more of the asserted claims of the '076 Patent, by making, using, offering to sell, or selling part or all, within the United States, of the "Accused Instrumentalities," which are a combination of hardware and software, where the hardware is executing the software. Specifically, the Accused Instrumentalities comprise Google's Google Play, Play Music, and associated software ("Accused Software"), when used in combination with any compatible hardware device (such as through installation, loading, activating or otherwise incorporating the Accused Software on the hardware device) ("Compatible Hardware").  This includes the associated computer system, software, and processes and methods related thereto as well as associated subscription services.  The Accused Instrumentality, *i.e.,* the Accused Software when executing on Compatible Hardware, has the functionality that infringes the Asserted Patents.

3.    Whether Defendant Google has infringed one or more of the asserted claims of the '076 Patent under 35 U.S.C. § 271(b) by actively inducing acts that constitute infringement of one or more of the asserted claims of the '076 Patent using the Accused Instrumentalities with knowledge of the respective '076 Patent within the United States.

4.    Whether Defendant Google's alleged infringement of one or more of

1

4884-0490-0185v2/103069-0002

the asserted claims of the '076 Patent was willful.

5. Whether Defendant Google has infringed one or more of Claims 7 and 12 of U.S. Patent No. 7,509,178 ("the '178 Patent") (collectively, "the asserted claims of the '178 Patent") under 35 U.S.C. § 271(a) by making, using, offering to sell, or selling part or all of its Pixel C within the United States.

6. Whether manufacturers, sellers and consumers of Android devices directly infringed under 35 U.S.C. § 271(a) one or more of the asserted claims of the '178 Patent, by making, using, offering to sell, or selling part or all of the Accused Instrumentalities within the United States.

7. Whether Defendant Google has infringed one or more of Claims 7 and 12 of the '178 Patent under 35 U.S.C. § 271(b) by actively inducing acts that constitute infringement of one or more of the asserted claims of the '178 Patent using the Accused Instrumentalities with knowledge of the respective '178 Patent.

8. Whether Defendant Google's alleged infringement of one or more of the asserted claims of the '178 Patent was willful.

**B.      Damages to Personal Audio for Patent Infringement (if liability is found)**

9. The amount of reasonable royalty Personal Audio is entitled to for Google's allegedly infringing sales.

10. Whether Personal Audio is entitled to an award of prejudgment and post-judgment interest.

**C.      Enhanced Damages, Attorneys' Fees and Costs**

11. Whether Personal Audio is entitled to enhanced damages pursuant to 35 U.S.C. § 284.

12. Whether this is an exceptional case pursuant to 35 U.S.C. § 285.

13. Whether attorney fees, expenses, and/or costs are due to Personal

4884-0490-0185v2/103069-0002

Audio.

## II.   ISSUES ON WHICH DEFENDANT GOOGLE BEARS THE BURDEN OF PROOF

### A.   Validity of the Asserted Patents

14.   The priority date of each asserted claim of the Asserted Patents.

15.   The scope and content of the prior art asserted against the Asserted Patents.

16.   The level of ordinary skill in the art at the time of the inventions of the Asserted Patents.

17.   The differences between the claimed inventions of the Asserted Patents and the asserted prior art.

18.   Whether one or more of the asserted claims of the Asserted Patents would have been obvious to one of ordinary skill in the art at the time of the invention, in light of the scope and content of the prior art asserted against the Asserted Patents.

4884-0490-0185v2/103069-0002