IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PERSONAL AUDIO, LLC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 17-1751-CFC-CJB |
| GOOGLE, INC., | ) ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

### STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR THE PARTIES TO SUBMIT REDACTIONS TO PLAINTIFF'S LETTER REGARDING COLLATERAL ESTOPPEL (D.I. 833)

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the deadline for the parties to submit redacted, public versions of Plaintiff's Letter regarding Collateral Estoppel (D.I. 833) is extended until June 21, 2023.

Dated: June 15, 2023

FARNAN LLP

/s/ Rosemary J. Piergiovanni
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
Rosemary J. Piergiovanni (#3655)
919 North Market Street, 12th Fl.
Wilmington, DE 19801
Tel: (302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com
rpiergiovanni@farnanlaw.com

*Attorneys for Plaintiff Personal Audio, LLC*

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Brian P. Egan
Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com

*Attorneys for Defendant Google LLC*

IT IS SO ORDERED, this  16th  day of  June  2023.

_____
The Honorable Colm F. Connolly