# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERSONAL AUDIO, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | C.A. No. 17-1751-CFC-CJB |



**REDACTED**

## VERDICT FORM

## I. FINDING ON INFRINGMENT CLAIMS

### A. '076 PATENT – INFRINGEMENT

**Question 1:**

Did Personal Audio prove, by a preponderance of the evidence, that Claims 3, 6, and/or 13 of the '076 Patent were infringed?

("YES" is a finding in favor of Personal Audio, and "NO" is a finding in favor of Google. *See* Jury Instructions Section 5)

| '076 Patent Claim | Infringed (Answer "YES" or "NO") |
|---|---|
| Claim # 3 | Yes |
| Claim # 6 | Yes |
| Claim # 13 | NO |

Continue to the next question.

### B.    '178 PATENT – INFRINGEMENT

**Question 2:**

Did Personal Audio prove, by a preponderance of the evidence, that Claims 7 and/or 12 of the '178 Patent were infringed?

("YES" is a finding in favor of Personal Audio, and "NO" is a finding in favor of Google. *See* Jury Instructions Section 5)

| '178 Patent Claim | Infringed (Answer "YES" or "NO") |
|---|---|
| Claim # 7 | Yes |
| Claim # 12 | Yes |

Continue to the next question.

## II.   FINDING ON VALIDITY

### A.   '076 PATENT – VALIDITY

**Question 3:**

Did Google prove, by clear and convincing evidence, that the claims of the '076 patent are invalid as obvious?

("YES" is a finding in favor of Google, and "NO" is a finding in favor of Personal Audio. *See* Jury Instructions Section 6)

| '076 Patent Claim | Invalid (Answer "YES" or "NO") |
|---|---|
| Claim # 3 | NO |
| Claim # 6 | No |
| Claim # 13 | NO |

Continue to the next question.

B. <u>'178 PATENT – VALIDITY</u>

**Question 4:**

Did Google prove, by clear and convincing evidence, that the claims of the '178 Patent are invalid as obvious?

("YES" is a finding in favor of Google, and "NO" is a finding in favor of Personal Audio. *See* Jury Instructions Section 6.)

| '178 Patent Claim | Invalid (Answer "YES" or "NO") |
|---|---|
| Claim # 7 | NO |
| Claim # 12 | NO |

Dated:

_____
Foreperson