# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERSONAL AUDIO, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | C.A. No. 17-1751-CFC <br><br> JURY TRIAL DEMANDED |



## VERDICT FORM (PHASE 2)

1. **Question 1:**

    Did Personal Audio prove, by a preponderance of the evidence, that Google actively induced users of unlicensed Android phones with Google Play Music installed to infringe any of the following claims prior to October 2, 2016?

    ("YES" is a finding in favor of Personal Audio, and "NO" is a finding in favor of Google.)

    |  | Induced Infringement (Answer "YES" or "NO") |
    |---|---|
    | '076 Patent, Claim 3 | Yes |
    | '076 Patent, Claim 6 | Yes |
    | '178 Patent, Claim 7 | Yes |
    | '178 Patent, Claim 12 | Yes |

**If you answered "Yes" to any of the questions in Question 1, continue to Question 2. Otherwise, continue to Question 3.**

1

Only answer Question 2 below if you answered "Yes" to any question in Question 1 above.

## 2. Question 2 (Reasonable Royalty):

What amount of damages, if any, has Personal Audio proven, by a preponderance of the evidence, that it is entitled to as a reasonable royalty for any infringement by Google?

Total Reasonable Royalty      $ *15.1 Million*

**Continue to question 3.**

3. **Question 3**:

Has Personal Audio proven, by a preponderance of the evidence, that Google willfully infringed or willfully induced users of unlicensed Android phones with Google Play Music installed to infringe the '076 Patent and/or the '178 Patent?

(Answering "YES" is a finding in favor of Personal Audio, and "NO" is a finding in favor of Google.)

| Willful Infringement (Answer "YES" or "NO") | Yes |
|---|---|

Dated:

                                    _____
                                    Foreperson

3