IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERSONAL AUDIO, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 17-1751 (CFC) |
| | ) |
| GOOGLE LLC, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. LR 7.1.4, Defendant Google LLC respectfully requests oral argument on its Renewed Motion for Judgment as a Matter of Law or New Trial (D.I. 863). Briefing was completed on July 25, 2023 (D.I. 863, 868, and 879).

OF COUNSEL:

Melissa J. Baily
David A. Perlson
Antonio R. Sistos
Jeff Nardinelli
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA  94111
(415) 875-6600

Patrick Stafford
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, DC  20005
(202) 538-8000

Duane R. Lyons
Lance Yang
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA  90017
(213) 443-3000

August 1, 2023

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Cameron P. Clark*

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 1, 2023, upon the following at the email addresses indicated below:

| | |
|---|---|
| Brian E. Farnan, Esquire, Esquire<br>Michael J. Farnan, Esquire<br>Rosemary J. Piergiovanni, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Victor G. Hardy, Esquire<br>HARDY, PARISH, YANG, LLP<br>10703 Pickfair Drive<br>Austin, TX  78750<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Douglas Q. Hahn, Esquire<br>Salil Bali, Esquire<br>Steven M. Hanle, Esquire<br>Matthew R. Stephens, Esquire<br>Ahmad Takouche, Esquire<br>Jason de Bretteville, Esquire<br>Lisa Northrup, Esquire<br>STRADLING YOCCA CARLSON & RAUTH, P.C.<br>660 Newport Center Drive, Suite 1600<br>Newport Beach, CA  92660<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |

*/s/ Cameron P. Clark*

Cameron P. Clark (#6647)