IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERSONAL AUDIO, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 17-1751 (CFC) |
| | ) |
| GOOGLE LLC, | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT

This action came before the Court for a trial by jury beginning on June 12, 2023, the Honorable Colm F. Connolly, United States District Judge, presiding. At trial, Plaintiff Personal Audio, LLC ("Personal Audio") alleged that Defendant Google LLC ("Google") infringed claims 3, 6, and 13 of U.S. Patent No. 6,199,076 ("the '076 patent") and claims 7 and 12 of U.S. Patent No. 7,509,178 ("the '178 patent").

Prior to trial, the Court granted Defendant Google's motion for summary judgment of non-infringement of 35 U.S.C. §§ 271(a), 271(c), and 271(f) with respect to the accused third-party products (D.I. 754).

In the phased trial, the jury rendered a verdict in Personal Audio's favor on direct infringement and validity on June 16, 2023 (D.I. 857) and rendered a verdict in Personal Audio's favor on indirect infringement and willfulness on June 20, 2023 (D.I. 859). The jury awarded Personal Audio $15.1 million based on infringement

by third-party products. (D.I. 859). Personal Audio did not seek damages for direct infringement by Google.

Following post-trial briefing, on September 5, 2023, the Court issued a Memorandum Opinion (D.I. 884) and Order (D.I. 885) granting judgment as a matter of law ("JMOL") that Google did not infringe any of the asserted claims and setting aside the jury's verdict and award. The Court's opinion did not address damages or willfulness because the Court found that those issues were moot.

Therefore, pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the Court's rulings on summary judgment, the jury's verdict, and the Court's ruling on JMOL, as referenced herein:

IT IS HEREBY ORDERED AND ADJUDGED that Google has not infringed the asserted patent claims (claims 3, 6, and 13 of the '076 patent, and claims 7 and 12 of the '178 patent), and judgment is accordingly entered in favor of Google and against Personal Audio.

Dated: 9.20.23

_____
Chief Judge

_____
(By) Deputy Clerk

2